

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

CARLOS GUERECA,                          §              No. 08-17-00122-CR

                     Appellant,          §                  Appeal from the

v.                                       §              41st District Court

THE STATE OF TEXAS,                      §              of El Paso County, Texas

                     State.              §              (TC# 20140D00495)

                                         §

# **O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **September 4, 2018.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Francisco F. Macias, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before September 4, 2018.

IT IS SO ORDERED this 6th day of August, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.